**DISMISS; and Opinion Filed September 19, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00601-CV

**KINGDOM RUG & FLOORING OF TEXAS, INC., Appellant**
**V.**
**AMREIT SSPF PRESTON TOWNE CROSSING LP, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-00696-2016**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Lang-Miers

Before the Court is appellant's September 7, 2018 motion to dismiss appeal. The motion recites the parties have settled their dispute. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

180601F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KINGDOM RUG & FLOORING OF
TEXAS, INC., Appellant

No. 05-18-00601-CV          V.

AMREIT SSPF PRESTON TOWNE
CROSSING, LP, Appellee

On Appeal from the 416th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 416-00696-2016.
Opinion delivered by Justice Lang-Miers,
Justices Bridges and Francis participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee AmREIT SSPF Preston Towne Crossing, LP recover its costs of this appeal from appellant Kingdom Rug & Flooring of Texas, Inc.

Judgment entered this 19th day of September, 2018.